```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-00057-RNO
William Martin Kitchin                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner          Page 1 of 1          Date Rcvd: May 29, 2018
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db             +William Martin Kitchin,    180 Durham Drive,   Chambersburg, PA 17202-8580
               +Crystal R Kitchin,    180 Durham Drive,   Chambersburg, PA 17202-8580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   Wells Fargo Bank, NA pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 William Martin Kitchin pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Martin Kitchin <br>     Debtor <br><br> Toyota Motor Credit Corporation <br>     Movant <br> vs. <br><br> William Martin Kitchin <br>     Debtor <br><br> Crystal R. Kitchin     Additional Respondent <br><br> Charles J. DeHart, III Esq.     Trustee | CHAPTER 13 <br><br><br> NO. 18-00057 RNO <br><br><br><br> 11 U.S.C. Sections 362 and 1301 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: May 29, 2018          By the Court,

*Robert N. Opel, II* [signature]
_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)