**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| William Martin Kitchin | **Chapter** 13 |
| **Debtor 1** | **Case No.** 1:18-BK-00057-HWV |

**NOTICE OF CHANGE OF ADDRESS**

Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| FROM: | TO: |
|---|---|
| William Martin Kitchin<br>180 Durham Drive<br>Chambersburg, PA 17201 | William Martin Kitchin<br>PO Box 301<br>Fayetteville, PA 17222 |

Date: March 20, 2019

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
DETHLEFS PYKOSH & MURPHY
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*