IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>WILLIAM MARTIN KITCHIN<br><br>Wells Fargo Bank, N.A.,<br>    Movant<br><br>vs.<br><br>WILLIAM MARTIN KITCHIN,<br>    Debtor,<br><br>Charles J. DeHart, III<br>    Respondent | Case No. 1:18-bk-00057-HWV<br>Chapter 13<br><br><br><br><br>11 U.S.C. §362 |

**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

Wells Fargo Bank, N.A. ("Movant"), by and through its legal counsel, hereby withdraws its Notice of Mortgage Payment Change filed on May 28, 2020.

This is the 24th day of November 2020.

                                                */s/ Mario Hanyon*
                                                Mario Hanyon
                                                (Bar No. 203993)
                                                Attorney for Creditor
                                                BROCK & SCOTT, PLLC
                                                302 Fellowship Road, Ste 130
                                                Mount Laurel, NJ 08054
                                                Telephone: 844-856-6646 x4560
                                                Facsimile: 704-369-0760
                                                E-Mail: pabkr@brockandscott.com

20-10850 BKOBJ01

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
*Harrisburg Division*

| | |
|---|---|
| IN RE:<br>WILLIAM MARTIN KITCHIN | Case No. 1:18-bk-00057-HWV<br>Chapter 13 |
| Wells Fargo Bank, N.A.,<br>    Movant | |
| vs. | |
| WILLIAM MARTIN KITCHIN,<br>    Debtor, | 11 U.S.C. §362 |
| Charles J. DeHart, III<br>    Respondent | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and exact copy of the foregoing WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE has been electronically served or mailed, postage prepaid on November 24, 2020 to the following:

WILLIAM MARTIN KITCHIN
PO BOX 301
FAYETTEVILLE, PA 17222

Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011
pmurphy@dplglaw.com


Charles J. DeHart, III, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

20-10850 BKOBJ01

Asst. U.S. Trustee, US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

                                                    */s/ Mario Hanyon*
                                                    Mario Hanyon
                                                    (Bar No. 203993)
                                                    Attorney for Creditor
                                                    BROCK & SCOTT, PLLC
                                                    302 Fellowship Road, Ste 130
                                                    Mount Laurel, NJ 08054
                                                    Telephone:  844-856-6646 x4560
                                                    Facsimile:  704-369-0760
                                                    E-Mail:  pabkr@brockandscott.com