| In re: | Case No. 18-00057-HWV |
|---|---|
| William Martin Kitchin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 14, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5395481 | + | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, et al. c/o Rushmore Loan Management Services 92619-5004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank NA pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bknotifications@ghidottiberger.com |
| Paul Donald Murphy-Ahles | |

| | |
|---|---|
| | on behalf of Debtor 1 William Martin Kitchin pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Richard Postiglione | |
| | on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com |
| Thomas Song | |
| | on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00057-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

William Martin Kitchin
PO Box 301
Fayetteville PA 17222

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/14/2021.

Name and Address of Alleged Transferor(s):

Claim No. 7: U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, et al., c/o Rushmore Loan Management Services

Name and Address of Transferee:

Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708
Rushmore Loan Management Services
PO Box 55004
Irvine, CA 92619-2708

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/16/21

Terrence S. Miller
**CLERK OF THE COURT**