**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| William Martin Kitchin<br>**Debtor 1**<br><br>Rushmore Loan Management Services, LLC, as servicer for US Bank, National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT<br>**Movant(s)**<br>v.<br>William Martin Kitchin<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:18-BK-00057-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No. 46** |

## DEBTOR(S)' ANSWER TO MOVANT(S)' MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, come the Debtor(s), William Martin Kitchin, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who files the within Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay and aver as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

7. Paragraph 7 contains a conclusion of law to which no response is required.

8. Paragraph 8 contains a conclusion of law to which no response is required.

9. Admitted.

10. Admitted. Debtor(s) stand ready to bring their account current per stipulation terms agreeable to the parties.

11. Paragraph 11 is omitted from the original pleading.

12. Admitted.

13. Admitted.

14. Paragraph 14 contains a conclusion of law to which no response is required.

15. Paragraph 15 contains a conclusion of law to which no response is required.

WHEREFORE, Debtor(s) requests this Court deny the requested relief.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: August 9, 2022

/s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| William Martin Kitchin<br>**Debtor 1**<br><br>Rushmore Loan Management Services, LLC, as servicer for US Bank, National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT<br>**Movant(s)**<br>v.<br>William Martin Kitchin<br><br>**Respondent(s)**<br>Jack N. Zaharopoulos, Esquire<br>Standing Chapter 13 Trustee<br>**Additional Respondent** | **Chapter** 13<br><br>**Case No.** 1:18-BK-00057-HWV<br><br>**Matter:** Motion for Relief from the Automatic Stay<br><br>**Document No.** 46 |

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 9, 2022, I served a true and correct copy of the **Debtor(s)' Answer to Movant(s)' Motion for Relief from the Automatic Stay** in this proceeding via electronic means upon the following:

Lauren Moyer, Esquire
FRIEDMAN VARTOLO, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
*Counsel for Movant(s)*

Jack H. Zaharopoulos, Esquire
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Office of the United States Trustee
Ronald Reagan Federal Building
228 Walnut Street, Room 1190
Harrisburg, PA 17101

/s/ Kathryn S. Greene

Kathryn S. Greene, RP®, Pa.C.P.
Paralegal for Paul D. Murphy-Ahles, Esquire