**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   William Martin Kitchin

                                             Case No.: 1-18-00057HWV

                                                        Chapter 13

**Debtor(s)**

**NOTICE OF FINAL CURE PAYMENT**

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1:  MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Rushmore |
| Court Claim Number: | 7 |
| Last Four of Loan Number: | 0373 |
| Property Address if applicable: | 180 Durham Dr |

**PART 2:  CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $13,918.30 |
| b. | Prepetition arrearages paid by the trustee: | $13,918.30 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $13,918.30 |

**PART 3:  POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4:  A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: April 27, 2023

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: William Martin Kitchin

Case No.: 1-18-00057HWV
Chapter 13

# **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on April 27, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011


**Served by First Class Mail**
Rushmore Loan Management Services, LLC
PO Box 55004
Irvine CA 92619-2708


William Martin Kitchin
PO Box 301
Fayetteville PA 17222

I certify under penalty of perjury that the foregoing is true and correct.


Date: April 27, 2023  /s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Case: 18-00057    WILLIAM MARTIN KITCHIN

RUSHMORE LOAN MANAGEMENT SERVICE
P.O. BOX 674402

HOUSTON, TX  77267-440

Acct No: 0373/PRE ARREARS/180 DUR

Sequence: 24
Modify:
Filed Date: 2/20/2018 12:00:00AM
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $166,987.00 | Debt: $13,918.30 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $13,918.30 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **RUSHMORE LOAN MANAGEMENT SERVICE** | | | | | | | |
| 520-0 | RUSHMORE LOAN MANAGEMENT SE | | 01/18/2023 | 2021155 | $88.60 | $0.00 | $88.60 | 01/27/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/13/2022 | 2020163 | $336.66 | $0.00 | $336.66 | 01/06/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2022 | 2019201 | $336.66 | $0.00 | $336.66 | 01/06/2023 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/13/2022 | 2017106 | $355.12 | $0.00 | $355.12 | 09/20/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/17/2022 | 2016101 | $355.12 | $0.00 | $355.12 | 08/25/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/13/2022 | 2015029 | $330.51 | $0.00 | $330.51 | 07/19/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/14/2022 | 2014056 | $330.51 | $0.00 | $330.51 | 06/21/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/12/2022 | 2011943 | $330.51 | $0.00 | $330.51 | 04/22/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/16/2022 | 2010928 | $322.49 | $0.00 | $322.49 | 03/23/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 02/16/2022 | 2009931 | $322.49 | $0.00 | $322.49 | 02/24/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 01/19/2022 | 2008971 | $322.50 | $0.00 | $322.50 | 01/26/2022 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 12/15/2021 | 2007948 | $322.49 | $0.00 | $322.49 | 12/29/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 11/16/2021 | 2006932 | $322.49 | $0.00 | $322.49 | 11/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 09/14/2021 | 2004846 | $332.03 | $0.00 | $332.03 | 09/23/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 08/18/2021 | 2003861 | $332.02 | $0.00 | $332.02 | 08/30/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 07/14/2021 | 2002777 | $332.03 | $0.00 | $332.03 | 07/27/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 06/16/2021 | 2001797 | $332.03 | $0.00 | $332.03 | 06/24/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 05/18/2021 | 2000806 | $321.43 | $0.00 | $321.43 | 05/27/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 04/15/2021 | 1229413 | $321.43 | $0.00 | $321.43 | 04/23/2021 |
| 520-0 | RUSHMORE LOAN MGMT SERVICE | | 03/17/2021 | 1228403 | $321.43 | $0.00 | $321.43 | 03/25/2021 |
| 520-0 | WELLS FARGO | | 02/17/2021 | 9010203 | $642.86 | $0.00 | $642.86 | 02/17/2021 |
| 520-0 | WELLS FARGO | | 01/19/2021 | 9009901 | $321.43 | $0.00 | $321.43 | 01/20/2021 |
| 520-0 | WELLS FARGO | | 12/10/2020 | 9009373 | $642.85 | $0.00 | $642.85 | 12/10/2020 |
| 520-0 | WELLS FARGO | | 10/15/2020 | 9008819 | $317.90 | $0.00 | $317.90 | 10/15/2020 |
| 520-0 | WELLS FARGO | | 09/17/2020 | 9008512 | $317.90 | $0.00 | $317.90 | 09/17/2020 |
| 520-0 | WELLS FARGO | | 08/12/2020 | 9008187 | $317.90 | $0.00 | $317.90 | 08/12/2020 |
| 520-0 | WELLS FARGO | | 07/07/2020 | 9007870 | $317.89 | $0.00 | $317.89 | 07/07/2020 |
| 520-0 | WELLS FARGO | | 06/02/2020 | 9007576 | $317.90 | $0.00 | $317.90 | 06/02/2020 |
| 520-0 | WELLS FARGO | | 05/06/2020 | 9007314 | $317.90 | $0.00 | $317.90 | 05/06/2020 |
| 520-0 | WELLS FARGO | | 04/14/2020 | 9007108 | $329.56 | $0.00 | $329.56 | 04/14/2020 |
| 520-0 | WELLS FARGO | | 03/12/2020 | 9006921 | $329.55 | $0.00 | $329.55 | 03/12/2020 |
| 520-0 | WELLS FARGO | | 02/13/2020 | 9006831 | $329.56 | $0.00 | $329.56 | 02/13/2020 |
| 520-0 | WELLS FARGO | | 12/12/2019 | 9006645 | $329.56 | $0.00 | $329.56 | 12/12/2019 |
| 520-0 | WELLS FARGO | | 11/07/2019 | 9006554 | $329.56 | $0.00 | $329.56 | 11/07/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | WELLS FARGO | | 10/10/2019 | 9006469 | $688.78 | $0.00 | $688.78 | 10/10/2019 |
| 520-0 | WELLS FARGO | | 08/07/2019 | 9006291 | $657.68 | $0.00 | $657.68 | 08/07/2019 |
| 520-0 | WELLS FARGO | | 07/11/2019 | 9006202 | $328.85 | $0.00 | $328.85 | 07/11/2019 |
| 520-0 | WELLS FARGO | | 06/06/2019 | 9006113 | $328.84 | $0.00 | $328.84 | 06/06/2019 |
| 520-0 | WELLS FARGO | | 05/09/2019 | 9006030 | $328.85 | $0.00 | $328.85 | 05/09/2019 |
| 520-0 | WELLS FARGO | | 04/11/2019 | 9005946 | $54.43 | $0.00 | $54.43 | 04/11/2019 |

Sub-totals: $13,918.30    $0.00    $13,918.30

Grand Total: $13,918.30    $0.00