United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Martin Kitchin  
    Debtor

Case No. 18-00057-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Aug 15, 2023      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William Martin Kitchin, PO Box 301, Fayetteville, PA 17222-0301 |
| 5036718 | + | CHECK N GO INSTALLMENT LOAN, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 5009297 | + | FedLoan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 5009301 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5019527 | | U. S. Department of Education, c/o FedLoan Servicing, P. O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Aug 15 2023 18:37:02 | Rushmore Loan Management Services, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | | ^ MEBN | Aug 15 2023 18:37:03 | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | | ^ MEBN | Aug 15 2023 18:37:03 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5009294 | + | EDI: CITICORP.COM | Aug 15 2023 22:38:00 | CBNA / The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5009293 | | EDI: CAPITALONE.COM | Aug 15 2023 22:38:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5036428 | + | EDI: BASSASSOC.COM | Aug 15 2023 22:38:00 | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite 200, Tucson, AZ 85712-1083 |
| 5009295 | + | EDI: WFNNB.COM | Aug 15 2023 22:38:00 | Comenity Bank / Boscov's, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 5009296 | | EDI: DISCOVER.COM | Aug 15 2023 22:38:00 | Discover Financial Services, LLC, PO Box 3025, New Albany, OH 43054-3025 |
| 5009298 | + | EDI: AMINFOFP.COM | Aug 15 2023 22:38:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5009299 | + | EDI: IRS.COM | Aug 15 2023 22:38:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5035093 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 18:48:04 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5035094 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Aug 15 2023 18:48:06 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5032780 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2023 18:38:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 5009300 | + Email/Text: bankruptcy@patriotfcu.org | Aug 15 2023 18:38:00 | Patriot Federal Credit Union, 800 Wayne Avenue, PO Box 778, Chambersburg, PA 17201-0778 |
| 5034216 | EDI: Q3G.COM | Aug 15 2023 22:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5409745 | + Email/Text: flyersprod.inbound@axisai.com | Aug 15 2023 18:38:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-2708, Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 5409744 | + Email/Text: flyersprod.inbound@axisai.com | Aug 15 2023 18:38:00 | Rushmore Loan Management Services, PO Box 55004, Irvine, CA 92619-5004 |
| 5009302 | EDI: RMSC.COM | Aug 15 2023 22:38:00 | Synchrony Bank / Care Credit, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5009303 | EDI: RMSC.COM | Aug 15 2023 22:38:00 | Synchrony Bank / Old Navy, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 5009304 | + EDI: WTRRNBANK.COM | Aug 15 2023 22:38:00 | TD Bank USA / Target Card, PO Box 673, Minneapolis, MN 55440-0673 |
| 5009305 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 15 2023 18:38:00 | Toyota Motor Credit Company, 240 Gibraltar Road, Suite 260, Horsham, PA 19044-2387 |
| 5020908 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 15 2023 18:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5511460 | ^ MEBN | Aug 15 2023 18:37:02 | U.S. Bank National Association, et al, C/O Rushmore Loan Management Services, L, Friedman Vartolo LLP, 1325 Franklin Avenue, Ste. 160, Garden City, NY 11530-1631 |
| 5395480 | + Email/Text: flyersprod.inbound@axisai.com | Aug 15 2023 18:38:00 | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5395481 | + Email/Text: flyersprod.inbound@axisai.com | Aug 15 2023 18:38:00 | U.S. Bank National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, et al., c/o Rushmore Loan Management Services 92619-5004 |
| 5011946 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 15 2023 18:47:32 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5031406 | EDI: AIS.COM | Aug 15 2023 22:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5025147 | + EDI: WFFC2 | Aug 15 2023 22:38:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 5009306 | + EDI: WFFC2 | Aug 15 2023 22:38:00 | Wells Fargo Home Mortgage, Attn: Bankruptcy Department, 3476 Stateview Boulevard, Fort Mill, SC 29715-7203 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0314-1 | User: AutoDocke | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: 3180W | Total Noticed: 34 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank  NA pamb@fedphe.com |
| Jonathan C. Schwalb | on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its Individual Capacity but Solely as Trustee for RMTP Trust, Series 2021 BKM-TTSN Servicing Corporation a lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services lmoyer@friedmanvartolo.com ecfmail@ecf.courtdrive.com |
| Lauren Marie Moyer | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Wells Fargo Bank  NA wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michelle Ghidotti | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bknotifications@ghidottiberger.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 William Martin Kitchin pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Richard Postiglione | on behalf of Creditor Rushmore Loan Management Services bankruptcy@friedmanvartolo.com |
| Richard Postiglione | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT bankruptcy@friedmanvartolo.com |
| Thomas Song | on behalf of Creditor Wells Fargo Bank  NA tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William Martin Kitchin**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2284<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number:  1:18–bk–00057–HWV | | |

# Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William Martin Kitchin

8/15/23

**By the court:**  *(signed)* Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**